UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD WITMER, III.,<br><br>    Defendant.<br>_____ / | Case: 1:24−cr−20526<br>Assigned To : Ludington, Thomas L.<br>Referral Judge: Morris, Patricia T.<br>Assign. Date : 9/20/2024<br>Description: INFO USA V. WITMER, III. (DJ)<br><br>Violations:<br>21 U.S.C. § 841(a)(1) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
**Possession with intent to distribute methamphetamine**
**21 U.S.C. § 841(a)(1)**

On or about March 2, 2024, in the Eastern District of Michigan, GERALD WITMER knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### FORFEITURE ALLEGATION

The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect,

or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all property involved in, or property traceable to, the violations alleged in this Information.

Dated: September 20, 2023

                                                DAWN N. ISON
                                                United States Attorney

| | |
|---|---|
| s/*Katharine Hemann* | s/*Anthony P. Vance* |
| KATHARINE HEMANN | ANTHONY P. VANCE |
| Assistant United States Attorney | Assistant United States Attorney |
| 101 First Street, Suite 200 | Chief, Branch Offices |
| Bay City, Michigan 48708-5747 | |
| Phone: (989)895-5712 | |
| Katharine.Hemann@usdoj.gov | |

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    X No | AUSA's Initials: KH |

**Case Title:** USA v. Gerald Witmer, III

**County where offense occurred:** Bay County

**Check One:**   X **Felony**    ☐ **Misdemeanor**    ☐ **Petty**

    ___Indictment/_____Information ---   **no** prior complaint.
    ___Indictment/  _x_ Information ---   based upon prior complaint [Case number:] **24-mj-30127**
    ___Indictment/_____Information ---   based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** Thomas L. Ludington

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: September 20, 2024

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Fax: 989-895-5790
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #:   WSBA# 46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.